COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present:   Judges Petty, Chafin and Senior Judge Annunziata


KAREN D. WARE

MEMORANDUM OPINION*
v.      Record No. 1648-12-3                                                      PER CURIAM
                                                                                          JANUARY 15, 2013

CENTRAL VIRGINIA TRAINING CENTER/
 COMMONWEALTH OF VIRGINIA


            FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

            (Jaleh K. Slominski, on brief), for appellant.

            (Kenneth T. Cuccinelli, II, Attorney General; Wesley G. Russell, Jr.,
            Deputy Attorney General; Peter R. Messitt, Senior Assistant
            Attorney General; Scott John Fitzgerald, Senior Assistant Attorney
            General, on brief), for appellee.


        Karen D. Ware (hereinafter "claimant") appeals a decision of the Workers' Compensation

Commission finding that she failed to meet her burden of proving a *prima facie* case that she was

underpaid her workers' compensation benefits.  We have reviewed the record and the

commission's opinion and find that this appeal is without merit.  Accordingly, we affirm for the

reasons stated by the commission in its final opinion.  See Ware v. DBHS-Central Virginia

Training Center/Commonwealth of Virginia, VWC File No. VA00000092399 (Aug. 15, 2012).

We dispense with oral argument and summarily affirm because the facts and legal contentions

are adequately presented in the materials before the Court and argument would not aid the

decisional process.  See Code § 17.1-403; Rule 5A:27.


                                                                                                          Affirmed.

---

        * Pursuant to Code § 17.1-413, this opinion is not designated for publication.